IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ASHLEY HENDERSON
also known as
AJ Henderson,

   Defendant.

CRIMINAL FILE NO.
1:11-CR-255-4-TWT

ORDER

This is a criminal case. It is before the Court on the Court on the Report and Recommendation [Doc. 414] of the Magistrate Judge recommending denying the Defendant's Motions to Suppress Identification [Doc. 189 & 234]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Defendant's Motions to Suppress Identification [Doc. 189 & 234] are DENIED.

SO ORDERED, this 11 day of May, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge