IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

QUENTIN BOOKER, et al.,

   Defendants.

CRIMINAL FILE NO.

1:11-CR-255-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 576] of the Magistrate Judge recommending denying the Defendant Henderson and Defendant Dooley's Motions to Suppress [Doc. 247 & 252]. The motions seek to suppress evidence derived from wiretaps authorized by four Orders obtained by law enforcement from the Superior Court of Gwinnett County. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Defendants' Objections to the Report and Recommendation have no merit. The Defendant Henderson and Defendant Dooley's Motions to Suppress [Doc. 247 & 252] are DENIED.

SO ORDERED, this 7 day of June, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge