IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

QUENTIN BOOKER, et al.,

  Defendants.

CRIMINAL FILE NO.
1:11-CR-255-1-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 487] of the Magistrate Judge recommending denying the Defendant Dooley's Motion to Suppress [Doc. 212]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Dooley's Motion to Suppress [Doc. 212] is DENIED.

SO ORDERED, this 13 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge