IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

QUENTIN BOOKER, et al.,

  Defendants.

CRIMINAL FILE NO.
1:11-CR-255-1-TWT

ORDER

This is a criminal action in which the Defendants seek to suppress evidence derived from orders authorizing law enforcement to obtain cell site information on the Defendants' telephones. It is before the Court on the Report and Recommendation [Doc. 486] of the Magistrate Judge recommending denying the Defendants' Motions to Suppress [Doc. 207, 210 & 388]. The Magistrate Judge did not err in failing to hold an evidentiary hearing on the motions and the Defendants' Objections to the Report and Recommendation are without merit for the reasons set forth in the thorough and well reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Suppress [Doc. 207, 210 & 388] are DENIED.

SO ORDERED, this 13 day of June, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge